Mark Mausert
NV Bar No. 2398
Sean McDowell
NV Bar No. 15962
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MISTY CARTER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CHRIS NEVADA, P.C. dba NEVADA REAL ESTATE GROUP, NREG, LLC, EXP REALTY, LLC and CHRIS NEVADA,<br><br>　　　　　　Defendants. | Case No. 3:24-cv-00025-MMD-CLB<br><br>**JOINT ENE STATUS REPORT** |

　　　　In accordance with the Court's Minute Order in Chambers **[ECF No. 21]**, Plaintiff MISTY CARTER and Defendants CHRIS NEVADA, P.C. dba NEVADA REAL ESTATE GROUP, NREG, LLC, EXP REALTY, LLC, and CHRIS NEVADA, by and through their undersigned counsel of record, hereby submit the following Joint ENE Status Report:(1) **Initial Disclosures**: The parties have made initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).

　　　　(2) **Computation of Damages**: Plaintiff provided a computation of damages to all opposing counsel on March 11, 2024.

　　　　(3) **Virtual ENE**: The parties are each amenable to the ENE being conducted by Zoom videoconferencing.

139913177.1 JOINT ENE STATUS REPORT - 1

(4) **Pending Motions**: There are no pending motions at this time.

(5) **Scheduled Depositions**: Defendant Chris Nevada has noticed Plaintiff's deposition to occur on May 20, 2024.

Defendant eXp Realty, LLC has concerns about proceeding with depositions in light of a May 22, 2024 ENE.

As such, certain parties would like to proceed with the upcoming pre-ENE status conference currently scheduled for Monday, May 13, 2024, at 9:00 a.m. All parties are not in agreement that a pre-ENE status conference is necessary.

| | |
|---|---|
| DATED this 7th day of May, 2024.<br>MARK MAUSERT LAW OFFICE | DATED this 7th day of May, 2024.<br>FENNEMORE & CRAIG, P.C. |
| By:  /s/ Mark Mausert<br>MARK MAUSERT<br>SEAN McDOWELL<br>729 Evans Avenue<br>Reno, Nevada 89512<br><br>*Attorneys for Plaintiff* | By:  /s/ Shannon Pierce<br>SHANNON S. PIERCE<br>7800 Rancharrah Parkway<br>Reno, Nevada 89511<br><br>*Attorney for Defendants Chris Nevada, P.C. dba Nevada Real Estate Group, NREG, LLC and Chris Nevada* |

DATED this 7th day of May, 2024.
LEWIS BRISBOIS

By:  /s/ William Pallares
JEFFREY WINCHESTER
KYLE MALAND
WILLIAM PALLARES
633 West 5th Street, Suite 4000
Los Angeles, California 90071

*Attorneys for Defendant eXp Realty, LLC*

139913177.1 JOINT ENE STATUS REPORT - 2