**FENNEMORE CRAIG, P.C.**
Shannon S. Pierce, Esq. (NV Bar No. 12471)
7800 Rancharrah Parkway
Reno, Nevada 89511
Tel: (775) 788-2200 / Fax: (775) 786-1177
spierce@fennemorelaw.com;

*Attorney for Defendants*
Chris Nevada, P.C. dba Nevada Real Estate Group, NREG, LLC, and Chris Nevada

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MISTY CARTER,<br><br>            Plaintiff,<br><br>    v.<br><br>CHRIS NEVADA, P.C. dba NEVADA REAL ESTATE GROUP, NREG. LLC, EXP REALTY, LLC, and CHRIS NEVADA,<br><br>            Defendants._____ | CASE NO.  3:24:CV-00025-MMD-CSD<br><br>**STIPULATION TO DISMISS** |

IT IS HEREBY STIPULATED by and between Plaintiff Misty Carter ("Plaintiff") and Defendants Chris Nevada, P.C., NREG, LLC, eXp Realty, LLC, and Chris Nevada ("Defendants"), by and through their respective counsel, as follows:

1. The parties have mutually decided to dismiss this lawsuit, including any claims or counterclaims that could have been asserted therein.

2. The parties agree that each party will bear his, her, or its own costs.

3. All parties have denied, and continue to deny, the claims asserted by all other parties in this case.

4. The lawsuit shall be dismissed with prejudice.

**IT IS SO STIPULATED.**

49140604.1/065675.0001

Dated this 24th day of June, 2024.

By: /s/ Mark Mausert
Mark Mausert
729 Evans Avenue
Reno, Nevada 89512
*Attorneys for Plaintiff*

Dated this 21st day of June, 2024.

FENNEMORE CRAIG, P.C.

By: /s/ Shannon S. Pierce
Shannon S. Pierce
7800 Rancharrah Parkway
Reno, Nevada 89511
*Attorney for Defendants*

DATED this 25th day of June, 2024.
LEWIS BRISBOIS

By: /s/ Kyle Maland
JEFFREY WINCHESTER
KYLE MALAND
WILLIAM PALLARES
633 West 5th Street, Suite 4000
Los Angeles, California 90071

*Attorneys for Defendant eXp Realty, LLC*

Based on the foregoing stipulation of the parties, and for GOOD CAUSE appearing, this case is hereby dismissed with prejudice. The Clerk of the Court is hereby directed to administratively close the case.

_____
U.S. DISTRICT COURT JUDGE